# EXHIBIT B

**ACCOUNTS RECEIVABLE**
ETHICS, INTEGRITY, RESULTS

5517 Hansel Avenue • Orlando, FL 32809
Telephone 877.832.2482 • Facsimile: 877.730.5805
Website: www.AccountsReceivable.com

May 9, 2016

Rhonda Price

| Account Summary | |
|---|---|
| RE: Dr. Kalambayi T. Kabasela | |
| Account No. ____2366 | Balance Due $4,525.00 |

Dear Sir or Madam:

All reasonable efforts to resolve your seriously delinquent account have been exhausted. This is our final notification in attempt to clear this balance.

Arrangements must be made immediately to avoid credit bureau reporting to the three major credit reporting agencies for up to seven years.

Contact us at once if you wish to avoid this action.

Sincerely,

Account Manager

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

### PAYMENT OPTIONS

**Payments By Internet**

www.AccountsReceivable.com
Visa, MasterCard, Discover &
American Express
Check (ACH) also available

**Payments By Phone**

Please Call 877.832.2482
Visa, MasterCard, American Express
& Discover
Debit Card
Check-by-Phone

**Payments By Mail**

Visa, MasterCard, Discover &
American Express
Check

(You can use the return envelope provided and the bottom portion of this notice for your convenience.)

1557-SFACCR10-AD2CONSUM0-1/06/10

*** Detach Lower Portion And Return With Payment ***

Y1820D8B01

5517 Hansel Ave
Orlando FL 32809
ADDRESS SERVICE REQUESTED

AD2CONSUM0 - 1557
Rhonda Price

RE: Dr. Kalambayi T. Kabasela
Account #: ____2366
Amount Due: $4,525.00

PLEASE CIRCLE THE CREDIT CARD YOU WISH TO USE

MasterCard  VISA  DISCOVER  AMEX

CARD NUMBER            EXP. DATE
CARD HOLDER NAME       CVV
SIGNATURE              AMOUNT PAID

Accounts Receivable
5517 Hansel Ave
Orlando FL 32809-3403