AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

**SERVED**

| | |
|---|---|
| RHONDA PRICE-RICHARDSON | )<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:17-cv-02038 |
| DCN HOLDINGS, INC. d/b/a<br>ACCOUNTSRECEIVABLE.COM | )<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DCN HOLDINGS, INC. d/b/a ACCOUNTSRECEIVABLE.COM
R/A Karla L. Brown
1806 33rd Street, Suite 180
Orlando, FL 32839
***Please serve the registered agent or any party able to accept service on behalf of the Defendant, DCN Holdings, Inc., since the Registered Agent is also located at the principal address of the Defendant.***

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Harry A. Suissa, Esq.
Law Offices of Harry A. Suissa, P.C.
8720 Georgia Avenue, Suite 1010
Silver Spring, Maryland 20910

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____07/21/2017_____          _____
*Signature of Clerk or Deputy Clerk*

☐ ORIGINAL

# AFFIDAVIT OF PROCESS SERVER

Job # 2017005986

**Client Info:**

Harry A. Suissa, Esq. LAW OFFICES OF HARRY A. SUISSA, P.C.
8720 Georgia Avenue, Suite 1010
Silver Spring, MD 20910

**Case Info:**

**PLAINTIFF:**
RHONDA PRICE-RICHARDSON
-versus-
**DEFENDANT:**
DCN HOLDINGS, INC. dba ACCOUNTSRECEIVABLE.COM

DISTRICT COURT

Court Case # 1:17-cv-02038

**Service Info:**

Date Received: 7/31/2017 at 12:57 PM
Service: I Served **DCN HOLDINGS, INC. d/b/a ACCOUNTSRECEIVABLE.COM R/A Karla L. Brown**
With: **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR RELIEF PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT, EXHIBITS**
by leaving with **JANE DOE, AUTHORIZED TO ACCEPT**

At Business 1806 33RD STREET, SUITE 180 ORLANDO, FL 32839
On 9/18/2017 at 02:15 PM
Manner of Service: O. AUTHORIZED AGENT
PROCESS HAS BEEN LEFT WITH AUTHORIZED AGENT FOR THE DEFENDANT

**Service Comments:**

SERVER MADE CONTACT WITH JANE DOE (ORLANDO MINT EMPLOYEE) - FEMALE REFUSED HER NAME AND STATED COMPANY IS NO LONGER LOCATED AT ADDRESS. SERVER READ ALOUD THE CONTENTS OF THE DOCUMENTS AND LEFT IN A SECURE AND VISIBLE LOCATION WITH THE ORLANDO MINT EMPLOYEE.   NOTE: THIS LOCATION IS THE LISTED BUSINESS ADDRESS FOR BOTH COMPANIES LISTED ON THE SUMMONS AS RECORDED BY FL S.O.S. AS WELL AS THEIR OWN WEBSITES. ALL PHONE NUMBERS CURRENTLY BEING USED BY THESE COMPANIES ARE ALSO REGISTERED TO THIS ADDRESS. THE OWNER AND AGENT OF THIS LOCATION IS WILLIAM FLICKA, HUSBAND AND BUSINESS PARTNER OF, KARLA L. BROWN, a.k.a. KARLA FLICKA R.A. FOR DCN HOLDINGS.

**Attempts:**
Service was Attempted on:
(1) 7/31/2017 at 04:25 PM, by BENNY GONZALEZ Loc: 1806 33rd Street, Suite 180 Orlando, FL 32839

I **BENNY GONZALEZ** certify that I am over the age of 18, have no interest in the above action, and I am authorized in the jurisdiction in which this service was made.

Signature of Server: _____
**BENNY GONZALEZ**
0298 & 180016

**ACCURATE SERVE MIAMI**
151 N NOB HILL ROAD SUITE 378
Plantation, FL 33324

Client # 2017003082
SUBSCRIBED AND SWORN to before me this 19th day of Sept., 2017, by BENNY GONZALEZ,
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
NOTARY PUBLIC for the state of Florida

CHRISTINE YAWNICK
State of Florida-Notary Public
Commission # GG 119935
My Commission Expires
June 28, 2021