**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE)**

| | |
|---|---|
| **RHONDA PRICE-RICHARDSON** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:17-cv-02038- MJG |
| ) | |
| **DCN HOLDINGS, INC., d/b/a** ) | |
|    **ACCOUNTSRECEIVABLE.COM** ) | |
| ) | |
| ) | |
|     **Defendant.** ) | |
| ) | |

**DISCLOSURE OF CORPORATE INTEREST**

*Check all that apply:*

☒   I certify, as party/counsel in this case that  DCN Holdings, Inc.

is not an affiliate or parent of any corporation, and no corporation, unincorporated association,

partnership or other business entity, not a party to the case, has a financial interest in the outcome

of this litigation as defined in Local Rule 103.3 (D. Md.)

☐   The following corporate affiliations exist with _____
(names of affiliates)

☐   The following corporations, unincorporated associations, partnerships or other business

entities which are not parties may have a financial interest in the outcome of this litigation:

_____
(names of entities with possible financial interests)

1

THE LAW OFFICES OF RONALD S. CANTER, LLC

/s/ Ronald S. Canter
Ronald S. Canter, Esquire
Bar No. 01024
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone:  (301) 424-7490
Facsimile:   (301) 424-7470
rcanter@roncanterllc.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by Electronic Notification pursuant to ECF procedures this 6th day of October, 2017 to:

Geoffrey B. McCarrell, Esq.
Consumer Law Partners LLC
435 N. Michigan Ave., Suite 1609
Chicago, IL 60611
Email: geoff.m@consumerlawpartners.com
*Attorneys for Plaintiff*

Harry A Suissa, Esq.
Harry A Suissa PC
8720 Georgia Avenue, Suite 1010
Silver Spring, MD 20910
Email: harry@suissalawyers.com
*Attorneys for Plaintiff*

/s/ Ronald S. Canter
Ronald S. Canter, Esquire
*Attorney for Defendant*