```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

RHONDA PRICE-RICHARDSON           *

       Plaintiff           *

     vs.                           *   CIV. ACTION NO. MJG-17-2038

DCN HOLDINGS, INC., d/b/a         *
ACCOUNTSRECEIVABLE.COM
                              *

       Defendant           *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## JUDGMENT ORDER

By separate Order issued this date, the Court has dismissed all claims made by the Plaintiff.

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Defendant against Plaintiff Rhonda Price-Richardson dismissing all claims with prejudice with costs.

2. This Order shal be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this Thursday, February 14, 2018.

                                                          /s/
                                         Marvin J. Garbis
                                  United States District Judge